Anna U. Voccia, Appellant, *v.* Pleasure Boat Company, Respondent.

(Argued April 25, 1934; decided May 22, 1934.)

*Lester Samuels* and *Joseph A. Boccia* for appellant.

*Murray G. Jenkins* and *William B. Shelton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.